1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
7  SONY BMG MUSIC ENTERTAINMENT;
   LAFACE RECORDS LLC; WARNER BROS.
8  RECORDS INC.; ARISTA RECORDS LLC; and
   MOTOWN RECORD COMPANY, L.P.

ORIGINAL FILED
SEP 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br>                    Plaintiffs,<br><br>     v.<br><br>JOHN DOE,<br>                    Defendant. | CASE NO. C07-04865 MMC<br><br>***EX PARTE*** **APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |

Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#32515 v1

1  Plaintiffs, through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 26
2  and 45, the Declaration of Carlos Linares, and the authorities cited in the supporting Memorandum
3  of Law, hereby apply *ex parte* for an Order permitting Plaintiffs to take immediate discovery.
4  In support thereof, Plaintiffs represent as follows:
5  1. Plaintiffs, record companies who own the copyrights in the most popular sound
6  recordings in the United States, seek leave of the Court to serve limited, immediate discovery on a
7  third party Internet Service Provider ("ISP") to determine the true identity of Defendant John Doe
8  ("Defendant"), who is being sued for direct copyright infringement.
9  2. As alleged in the complaint, Defendant, without authorization, used an online media
10  distribution system to download Plaintiffs' copyrighted works and/or distribute copyrighted works to
11  the public. Although Plaintiffs do not know the true name of Defendant, Plaintiffs have identified
12  Defendant by a unique Internet Protocol ("IP") address assigned to Defendant on the date and time
13  of Defendant's infringing activity.
14  3. Plaintiffs intend to serve a Rule 45 subpoena on the ISP seeking documents that
15  identify Defendant's true name, current (and permanent) address and telephone number, e-mail
16  address, and Media Access Control ("MAC") address. Without this information, Plaintiffs cannot
17  identify Defendant or pursue their lawsuit to protect their copyrighted works from repeated
18  infringement.
19  4. Good cause exists to allow Plaintiffs to conduct this limited discovery in advance of a
20  Rule 26(f) conference where there are no known defendants with whom to confer.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  WHEREFORE, Plaintiffs apply *ex parte* for an Order permitting Plaintiffs to conduct the
2  foregoing requested discovery immediately.

3  Dated: September 20, 2007                     HOLME ROBERTS & OWEN LLP

5                                                By: _____
6                                                MATTHEW FRANKLIN JAKSA
                                                  Attorney for Plaintiffs
7                                                 SONY BMG MUSIC
                                                  ENTERTAINMENT; LAFACE
8                                                 RECORDS LLC; WARNER BROS.
                                                  RECORDS INC.; ARISTA RECORDS
9                                                 LLC; and MOTOWN RECORD
10                                                COMPANY, L.P.