| | |
|---|---|
| 1 | Matthew Franklin Jaksa (CA State Bar No. 248072) |
| 2 | HOLME ROBERTS & OWEN LLP |
|   | 560 Mission Street, 25th Floor |
| 3 | San Francisco, CA  94105-2994 |
|   | Telephone:   (415) 268-2000 |
| 4 | Facsimile:    (415) 268-1999 |
| 5 | Email:         matt.jaksa@hro.com |
| 6 | Attorneys for Plaintiffs, |
| 7 | SONY BMG MUSIC ENTERTAINMENT; |
|   | LAFACE RECORDS LLC; WARNER BROS. |
| 8 | RECORDS INC.; ARISTA RECORDS LLC; and |
|   | MOTOWN RECORD COMPANY, L.P. |

ORIGINAL FILED
SEP 2 0 2007
E-filing
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
OAKLAND CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13 | SONY BMG MUSIC ENTERTAINMENT, a |
|    | Delaware general partnership; LAFACE |
| 14 | RECORDS LLC, a Delaware limited liability |
| 15 | company; WARNER BROS. RECORDS INC., a |
|    | Delaware corporation; ARISTA RECORDS |
| 16 | LLC, a Delaware limited liability company; and |
|    | MOTOWN RECORD COMPANY, L.P., a |
| 17 | California limited partnership, |
| 18 |                        Plaintiffs, |
| 19 |       v. |
| 20 | JOHN DOE, |
| 21 |                        Defendant. |

CASE NO. C07-04865 MMC

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Certification of Interested Entities or Persons
Case No.
#32514 v1

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2   associations of persons, firms, partnerships, corporations (including parent corporations) or other
3   entities (i) have a financial interest in the subject matter in controversy or in a party to the
4   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5   substantially affected by the outcome of this proceeding:
6       The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
7   ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
8   Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
9   Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
10  Corporation is publicly traded in the U.S.
11      The following companies are parents of, or partners in Plaintiff LAFACE RECORDS LLC:
12  SONY BMG MUSIC ENTERTAINMENT; USCO Holdings Inc.; BeSo Holding LLC; Arista
13  Holding, Inc.; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Zomba
14  US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is
15  publicly traded. Sony Corporation is publicly traded in the U.S.
16      The following companies are parents of, or partners in Plaintiff WARNER BROS.
17  RECORDS INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group
18  Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is
19  publicly traded in the U.S.
20      The following companies are parents of, or partners in Plaintiff ARISTA RECORDS LLC:
21  BMG Music; SONY BMG MUSIC ENTERTAINMENT; Ariola Eurodisc LLC; USCO Holdings
22  Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann,
23  Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of
24  which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.
25      The following companies are parents of, or partners in Plaintiff MOTOWN RECORD
26  COMPANY, L.P.: UMG Recordings, Inc.; UMG Manufacturing & Logistics, Inc.; Universal Music
27  Group Distribution, Corp.; Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I
28

1  Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of
2  which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in France.

3  Dated: September 20, 2007                    HOLME ROBERTS & OWEN LLP

                                                By: _____
                                                MATTHEW FRANKLIN JAKSA
                                                Attorney for Plaintiffs
                                                SONY BMG MUSIC
                                                ENTERTAINMENT; LAFACE
                                                RECORDS LLC; WARNER BROS.
                                                RECORDS INC.; ARISTA RECORDS
                                                LLC; and MOTOWN RECORD
                                                COMPANY, L.P.

Certification of Interested Entities or Persons
Case No.
#32514 v1