ORIGINAL

AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District | |
|---|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>SONY BMG MUSIC ENTERTAINMENT; LAFACE RECORDS LLC; WARNER BROS. RECORDS INC.; ARISTA RECORDS LLC; and MOTOWN RECORD COMPANY, L.P. | | DEFENDANT<br>JOHN DOE |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 138.202.250.187 2007-01-24 03:59:40 EST          **CASE ID#** 115791100

**P2P Network:** Gnutella                                                                **Total Audio Files:** 147

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Bone Thugs-N-Harmony | Mo' Murda | E.1999 Eternal | 225-335 |
| LaFace Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| Warner Bros. Records Inc. | Madonna | Cherish | Like A Prayer | 106-808 |
| Warner Bros. Records Inc. | Madonna | Holiday | Madonna | 46-877 |
| Warner Bros. Records Inc. | Madonna | Like a Virgin | Like a Virgin | 59-442 |
| Arista Records LLC | Koffee Brown | After Party | Mars/Venus | 294-728 |
| Warner Bros. Records Inc. | Madonna | Papa Don't Preach | True Blue | 76-979 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Remember The Time | Dangerous | 178-165 |
| Motown Record Company, L.P. | Lionel Richie | Hello | Can't Slow Down | 49-235 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>SONY BMG MUSIC ENTERTAINMENT; LAFACE RECORDS LLC; WARNER BROS. RECORDS INC.; ARISTA RECORDS LLC; and MOTOWN RECORD COMPANY, L.P. | | DEFENDANT<br>JOHN DOE |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | | AUTHOR OF WORK |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |
| CLERK | (BY) DEPUTY CLERK | DATE |
| | | |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

# EXHIBIT A

## JOHN DOE

**IP Address:** 138.202.250.187  2007-01-24  03:59:40 EST        **CASE ID#** 115791100

**P2P Network:** Gnutella                                       **Total Audio Files:** 147

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Bone Thugs-N-Harmony | Mo' Murda | E.1999 Eternal | 225-335 |
| LaFace Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| Warner Bros. Records Inc. | Madonna | Cherish | Like A Prayer | 106-808 |
| Warner Bros. Records Inc. | Madonna | Holiday | Madonna | 46-877 |
| Warner Bros. Records Inc. | Madonna | Like a Virgin | Like a Virgin | 59-442 |
| Arista Records LLC | Koffee Brown | After Party | Mars/Venus | 294-728 |
| Warner Bros. Records Inc. | Madonna | Papa Don't Preach | True Blue | 76-979 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Remember The Time | Dangerous | 178-165 |
| Motown Record Company, L.P. | Lionel Richie | Hello | Can't Slow Down | 49-235 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION       ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>SONY BMG MUSIC ENTERTAINMENT; LAFACE RECORDS LLC; WARNER BROS. RECORDS INC.; ARISTA RECORDS LLC; and MOTOWN RECORD COMPANY, L.P. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 138.202.250.187 2007-01-24 03:59:40 EST        **CASE ID#** 115791100

**P2P Network:** Gnutella        **Total Audio Files:** 147

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Bone Thugs-N-Harmony | Mo' Murda | E.1999 Eternal | 225-335 |
| LaFace Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| Warner Bros. Records Inc. | Madonna | Cherish | Like A Prayer | 106-808 |
| Warner Bros. Records Inc. | Madonna | Holiday | Madonna | 46-877 |
| Warner Bros. Records Inc. | Madonna | Like a Virgin | Like a Virgin | 59-442 |
| Arista Records LLC | Koffee Brown | After Party | Mars/Venus | 294-728 |
| Warner Bros. Records Inc. | Madonna | Papa Don't Preach | True Blue | 76-979 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Remember The Time | Dangerous | 178-165 |
| Motown Record Company, L.P. | Lionel Richie | Hello | Can't Slow Down | 49-235 |

AO 121 (6/90)

| TO:<br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>SONY BMG MUSIC ENTERTAINMENT; LAFACE RECORDS LLC; WARNER BROS. RECORDS INC.; ARISTA RECORDS LLC; and MOTOWN RECORD COMPANY, L.P. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal.

## EXHIBIT A

## JOHN DOE

**IP Address:** 138.202.250.187 2007-01-24 03:59:40 EST          **CASE ID#** 115791100

**P2P Network:** Gnutella                                        **Total Audio Files:** 147

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Bone Thugs-N-Harmony | Mo' Murda | E.1999 Eternal | 225-335 |
| LaFace Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| Warner Bros. Records Inc. | Madonna | Cherish | Like A Prayer | 106-808 |
| Warner Bros. Records Inc. | Madonna | Holiday | Madonna | 46-877 |
| Warner Bros. Records Inc. | Madonna | Like a Virgin | Like a Virgin | 59-442 |
| Arista Records LLC | Koffee Brown | After Party | Mars/Venus | 294-728 |
| Warner Bros. Records Inc. | Madonna | Papa Don't Preach | True Blue | 76-979 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Remember The Time | Dangerous | 178-165 |
| Motown Record Company, L.P. | Lionel Richie | Hello | Can't Slow Down | 49-235 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>SONY BMG MUSIC ENTERTAINMENT; LAFACE RECORDS LLC; WARNER BROS. RECORDS INC.; ARISTA RECORDS LLC; and MOTOWN RECORD COMPANY, L.P. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

## EXHIBIT A

## JOHN DOE

**IP Address:** 138.202.250.187 2007-01-24 03:59:40 EST       **CASE ID#** 115791100

**P2P Network:** Gnutella                                     **Total Audio Files:** 147

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Bone Thugs-N-Harmony | Mo' Murda | E.1999 Eternal | 225-335 |
| LaFace Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| Warner Bros. Records Inc. | Madonna | Cherish | Like A Prayer | 106-808 |
| Warner Bros. Records Inc. | Madonna | Holiday | Madonna | 46-877 |
| Warner Bros. Records Inc. | Madonna | Like a Virgin | Like a Virgin | 59-442 |
| Arista Records LLC | Koffee Brown | After Party | Mars/Venus | 294-728 |
| Warner Bros. Records Inc. | Madonna | Papa Don't Preach | True Blue | 76-979 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Remember The Time | Dangerous | 178-165 |
| Motown Record Company, L.P. | Lionel Richie | Hello | Can't Slow Down | 49-235 |