Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:          matt.jaksa@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
LAFACE RECORDS LLC; WARNER BROS. RECORDS INC.; ARISTA RECORDS LLC; and MOTOWN RECORD COMPANY, L.P.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br>                    Plaintiffs,<br><br>     v.<br><br><br>JOHN DOE,<br>                    Defendant. | CASE NO. 3:07-CV-04865-MMC<br><br>Honorable Maxine M. Chesney<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1     Plaintiffs respectfully request that the Court continue the case management conference currently set for January 4, 2008, at 10:30 a.m. to April 4, 2008.

    Plaintiffs filed the Complaint against Defendant John Doe ("Defendant") on September 20, 2007. Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on University of San Francisco, so that Plaintiffs could obtain information sufficient to identify Defendant. On September 28, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45 subpoena on University of San Francisco. On November 30, 2007, University of San Francisco responded to Plaintiffs' subpoena, providing Plaintiffs with identifying information including Defendant's name, address, and telephone number.

    Now that Plaintiffs know Defendant's identity, and in hopes of avoiding further litigation, Plaintiffs have sent a letter to Defendant on December 18, 2007 asking her to contact Plaintiffs regarding possible settlement of this matter. If the parties do not resolve this dispute, Plaintiffs plan to file an amended complaint naming Defendant personally.

    Given the foregoing circumstances, and because there is not yet a named defendant in this case, a case management conference is unnecessary at this time. Plaintiffs therefore request that the Court continue the case management conference currently set for January 4, 2008, at 10:30 a.m. to April 4, 2008.

Dated: December 20, 2007                       HOLME ROBERTS & OWEN LLP


By: _____*/s/ Matthew Franklin Jaksa*____
     MATTHEW FRANKLIN JAKSA
     Attorney for Plaintiffs

# **ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for January 4, 2008, at 10:30 a.m. be continued to April 4, 2008.

Dated: _____          By: _____
                                                                   Honorable Maxine M. Chesney
                                                                   United States District Judge