1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:        matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  LAFACE RECORDS LLC; WARNER
   BROS. RECORDS INC.; ARISTA
8  RECORDS LLC; and MOTOWN RECORD
   COMPANY, L.P.
9

10                           UNITED STATES DISTRICT COURT
                            NORTHERN DISTRICT OF CALIFORNIA
11                               SAN FRANCISCO DIVISION

12 | SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and MOTOWN RECORD COMPANY, L.P., a California limited partnership, | CASE NO. 3:07-CV-04865-MMC
13 | | Honorable Maxine M. Chesney
14 | | ***EX PARTE*** **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
15 | |
16 | |
17 |                     Plaintiffs, |
18 |     v. |
19 | |
20 | JOHN DOE, |
21 |                     Defendant. |

Ex Parte Application to Continue CMC and [Proposed] Order
Case No. 3:07-cv-04865-MMC
#34584 v1

1  Plaintiffs respectfully request that the Court continue the case management conference
2  currently set for January 4, 2008, at 10:30 a.m. to April 4, 2008.
3  Plaintiffs filed the Complaint against Defendant John Doe ("Defendant") on September 20,
4  2007. Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take
5  Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on University of
6  San Francisco, so that Plaintiffs could obtain information sufficient to identify Defendant. On
7  September 28, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave
8  to Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45 subpoena on University of
9  San Francisco. On November 30, 2007, University of San Francisco responded to Plaintiffs'
10 subpoena, providing Plaintiffs with identifying information including Defendant's name, address,
11 and telephone number.
12 Now that Plaintiffs know Defendant's identity, and in hopes of avoiding further litigation,
13 Plaintiffs have sent a letter to Defendant on December 18, 2007 asking her to contact Plaintiffs
14 regarding possible settlement of this matter. If the parties do not resolve this dispute, Plaintiffs plan
15 to file an amended complaint naming Defendant personally.
16 Given the foregoing circumstances, and because there is not yet a named defendant in this
17 case, a case management conference is unnecessary at this time. Plaintiffs therefore request that the
18 Court continue the case management conference currently set for January 4, 2008, at 10:30 a.m. to
19 April 4, 2008.

Dated: December 20, 2007               HOLME ROBERTS & OWEN LLP


                                       By: _____*/s/ Matthew Franklin Jaksa*___
                                             MATTHEW FRANKLIN JAKSA
                                             Attorney for Plaintiffs

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for January 4, 2008, at 10:30 a.m. be continued to April 4, 2008.

Dated: December 28, 2007

By: _____
Honorable Maxine M. Chesney
United States District Judge