Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:        matt.jaksa@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
LAFACE RECORDS LLC; WARNER BROS. RECORDS INC.; ARISTA RECORDS LLC; and MOTOWN RECORD COMPANY, L.P.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br><br>JOHN DOE,<br>　　　　　　　Defendant. | CASE NO. 3:07-CV-04865-MMC<br><br>Honorable Maxine M. Chesney<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

1  |  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs SONY BMG MUSIC
2  |  ENTERTAINMENT, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice
3  |  their copyright infringement claims against Defendant John Doe, also identified as ID #115791100
4  |  with IP address 138.202.250.187 2007-01-24 03:59:40 EST, each party to bear its/his own fees and
5  |  costs.  The Clerk of Court is respectfully requested to close this case.

6  |  Dated:  January 23, 2008                                   HOLME ROBERTS & OWEN LLP

8  |                                                                    By:  _____*/s/ Matthew Franklin Jaksa*___
9  |                                                                           MATTHEW FRANKLIN JAKSA
   |                                                                           Attorney for Plaintiffs

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-cv-04865-MMC
#35084 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On January 23, 2008, I served the foregoing documents described as:

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Brina Tamayori**
> **3262 Kilihune Place**
> **Honolulu, HI 96816**

BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 23, 2008 at San Francisco, California.

*/s/ Molly Morris*
Molly Morris